UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT J. DEPPE AND LISA D. DEPPE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LLOYD'S OF LONDON; SOUTHWEST BUSINESS CORPORATION; CUNNINGHAM LINDSEY; CLAIMS MANAGEMENT, INC., CUNNINGHAM LINDSEY U.S., INC., AND CRAWFORD & COMPANY, )<br>)<br>Defendants. ) | 1:09-CV-00705-LJM-JMS |

### **S**OUTHWEST **B**USINESS **C**ORPORATION'S **C**ORPORATE **D**ISCLOSURE **S**TATEMENT

Defendant, Southwest Business Corporation, by counsel, pursuant to Local Rule 81.2, discloses that it has no parent corporation, nor is any publicly traded corporation involved.

Respectfully submitted,

 /s/  Kelly R. Eskew

*Attorney for Defendants, Certain Underwriters at Lloyds, London, Subscribing to Master Forced Placed Policy Certificate No. FL-0620 (improperly named as Lloyd's of London), Southwest Business Corporation, and Crawford & Company, Inc.*

CANTRELL STRENSKI & MEHRINGER, LLP
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Phone: 317-352-3500
Fax:    317-352-3501
dcantrell@csmlawfirm.com
keskew@csmlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

M. Michael Stephenson
Kyle M. Baker
George Devidze
MCNEELY STEPHENSON THOPY & HARROLD
2150 Intelliplex Drive
Suite 100
Shelbyville , IN 46176
gdevidze@msth.com
mmstephenson@msth.com


Lloyd H. Milliken , Jr.
Laurie M. Hillebrands
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis , IN 46244-0961
lmilliken@fbtlaw.com
lhillebrands@fbtlaw.com

　　　　　　　　　　　　　　　　　　　　/s/ Kelly R. Eskew